02-12-123-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00123-CR

 

 


 
 
 Richard Shirley Rawlinson
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM County
Criminal Court No. 6 OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

----------

          We
have considered appellant=s “Amended Motion To Withdraw
Notice Of Appeal.” The motion complies with rule 42.2(a) of the rules of
appellate procedure.  Tex. R. App. P.
42.2(a).  No decision of this court having been delivered before we
received this motion, we grant the motion and dismiss the appeal.  See Tex.
R. App. P. 42.2(a),
43.2(f).

 

PER
CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT,
J.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

 

DELIVERED: April 19, 2012  









[1]See Tex. R. App. P. 47.4.